UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TOLIN GREGG,<br><br>        Defendant. | CR. 17-50044-JLV<br><br>ORDER OF DISMISSAL |

Upon motion of the United States (Docket 211) and good cause appearing, it is

ORDERED that the indictment filed in the above-entitled matter is dismissed without prejudice.

IT IS FURTHER ORDERED that the defendant is exonerated from the provisions of the detention order. (Docket 118).

Dated December 20, 2019.

                                  BY THE COURT:

                                  /s/ *Jeffrey L. Viken*
                                  JEFFREY L. VIKEN
                                  CHIEF JUDGE